## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas James Edward Soul<br>　　　　　　　　Debtor | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>　　　　　　　　Movant<br>vs.<br>Thomas James Edward Soul<br>　　　　　　　　Debtor<br>PNC BANK NATIONAL ASSOCIATION<br>Charles J. DeHart, III Esq.<br>　　　　　　　　Trustee | NO. 19-01456 HWV<br><br>11 U.S.C. Section 362 |

### CERTIFICATE OF SERVICE

I, James C. Warmbrodt, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of PNC BANK NATIONAL ASSOCIATION to Dismiss Bankruptcy Case Pursuant to 11 U.S.C. § 1307(c) and notice of motion, response deadline and hearing date were served on May 1, 2019, by first class mail, and/or electronic means upon those listed below:

Debtor
Thomas James Edward Soul
92 B Cemetary Avenue
Stewartstown, PA 17363

Attorney for Debtor
Sara A. Austin, Esq.
226 East Market Street (VIA ECF)
York, PA 17403

Trustee
Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Office of the US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date: <u>May 3, 2019</u>　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　Main Phone #: 215-627-1322